1  | LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, Bar No. 208742

2  | WEINBERG, ROGER & ROSENFELD
A Professional Corporation

3  | 1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091

4  | Telephone 510.337.1001
Fax 510.337.1023

5  | E-mail: courtnotices@unioncounsel.net

**ORIGINAL FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7  Attorneys for Plaintiffs

**E-filing**

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 (SAN FRANCISCO DIVISION)

**EMC**

12

13  PAUL BENSI, BART FLORENCE, JERRY
KALMAR, and LYLE SETTER, in
their capacities as Trustees of the

**CV No 08     3166**

14  STATIONARY ENGINEERS LOCAL 39
PENSION TRUST FUND,

**COMPLAINT FOR AUDIT, BREACH
OF CONTRACT, DAMAGES, AND
INJUNCTION (ERISA 29 U.S.C. §1001,
et seq., 29 U.S.C. §185)**

15                  Plaintiffs,

16

17            v.

18  AOS OPERATING COMPANY, INC., a New
Hampshire Corporation, formerly known as

19  and/or doing business as AQUARION
OPERATING SERVICES COMPANY;
UNITED WATER RESOURCES, INC., doing

20  business as UNITED WATER, a New Jersey
Corporation,

21

22              Defendants.

23

24       Plaintiffs complain of Defendants, and for cause of action allege:

25          **JURISDICTION AND INTRADISTRICT ASSIGNMENT**

26                            I.

27       This action arises under and is brought pursuant to section 502 of the Employee Retirement

28  Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the Labor

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this district court

2  since contributions were due and payable in the City and County of San Francisco and are payable

3  in County of Alameda.  Therefore, intradistrict venue is proper.

4  **PARTIES**

5  II.

6      Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees

7  and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension

8  Trust Fund ("Trust Fund").  At all times material herein, the above-named Trust Fund was, and

9  now is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to

10  section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer

11  employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002,

12  1003 and 1132).  The above-named Trust Fund is administered by a Board of Trustees which may

13  bring this action in the name of the Trust Fund pursuant to the express provisions of the Pension

14  Trust Agreement.  The Trust Fund and its respective Board of Trustees shall hereinafter be

15  designated collectively as "Plaintiffs".

16  III.

17      At all times material herein, AOS OPERATING COMPANY, INC., formerly known as

18  and/or doing business as AQUARION OPERATING SERVICES COMPANY (hereinafter

19  referred to as "Aquarion"), has been an employer within the meaning of section 3(5) and section

20  515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce

21  within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

22  IV.

23      Plaintiffs are informed and believe and on that basis allege Aquarion merged with UNITED

24  WATER (hereinafter referred to as "United" in 2007. At all time material herein, United has been

25  an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5),

26  1145) and an employer in an industry affecting commerce within the meaning of section 301 of the

27  LMRA (29 U.S.C. § 185).

28  / / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
COMPLAINT FOR AUDIT, BREACH OF CONTRACT, DAMAGES, AND INJUNCTION

1  **ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF**

2                                    V.

3          At all relevant times, Plaintiffs are informed and believe and on that basis alleged that

4  Defendants Acquarion and United are alter-egos, interrelated, overlapping, under common

5  management, control, ownership, and operation, successors, or a single employer as contemplated

6  in the applicable labor agreements and therefore, Defendants were and are signatory and bound to a

7  written Collective Bargaining Agreement with the International Union of Operating Engineers,

8  Stationary Local No. 39 (hereinafter "Union"), a labor organization within the meaning of section

9  301 of the Labor Management Relations Act (29 U.S.C. § 185).  By virtue of signing the

10  Collective Bargaining Agreement (hereinafter "CBA"), Defendant Acquarion became subject to all

11  its terms and conditions as well as the terms and conditions of the Trust Agreement.  By virtue of

12  becoming bound to the CBA, Defendant United became subject to all its terms and conditions as

13  well as the terms and conditions of the Trust Agreement.

14                                   VI.

15          The Trust Agreement provides for prompt payment of all employer contributions to the

16  Trust Fund and for the payment of interest and liquidated damages on all delinquent contributions,

17  attorneys' fees, and other collection costs, including audit costs and for the audit of the signatory

18  employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all

19  fringe benefit contributions have been timely paid as required by the applicable labor agreements

20  and law.

21                      **FIRST CLAIM FOR RELIEF**
                                  **(AUDIT)**
22
                                    VII.
23

24          The Board of Trustees has, as one of its purposes, the obligation to ensure that

25  contributions required to be made to the Trust Fund pursuant to collective bargaining agreement

26  are fully and correctly made.  The purpose of the Trust Fund is to provide pension benefits for

27  Stationary Engineers on whose behalf contributions are made, which benefits are supported by

28  such contributions, and to ensure that employers who are signatories to the collective bargaining

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337.1001

- 3 -
COMPLAINT FOR AUDIT, BREACH OF CONTRACT, DAMAGES, AND INJUNCTION

1    agreements referred to herein comply with the terms of said agreements with respect to payments

2    of said contributions to the Fund.  The Fund maintains its office in the County of Alameda, and all

3    such contributions were required to be made in the City and County of San Francisco and are

4    required to be made in County of Alameda.

5                                          VIII.

6        The Trust Agreement establishing the Trust Fund, provides that:

7            The Board may require the Employers, any Signatory Association, any
             Individual Employer . . . under the Plan to submit to it any information, data,
8            reports, or documents reasonably relevant to and suitable for the purposes of
             such administration . . . .  The parties agree that they will use their best
9            efforts to secure compliance with any reasonable request of the Board for
             any such information, data, report or documents.  Upon request in writing
10           form the Board, any Individual Employer shall permit a certified public
             accountant selected by the Board to enter upon the premises of such
11           Individual Employer during business hours, at a reasonable time or times,
             and to examine and copy such books, records, papers or reports of such
12           Individual Employer as may be necessary to determine whether the
             Individual Employer is making full and prompt payment of all sums
13           required to be paid by him or it to the Fund.

14                                          IX.

15       Plaintiffs cannot determine whether or not Defendants have made prompt and correct

16   payment of all Fund contributions, and as a consequence, good cause appearing therefore,

17   communications have been directed to Defendants by representatives of Plaintiffs demanding that

18   Defendants submit to an audit pursuant to the respective collective bargaining agreements and

19   Trust Agreement for the period November 1, 2004 to the present.  A copy of demand letters

20   from Plaintiffs to Defendants dated January 18, 2007, February 2, 2007, March 29, 2007,

21   June 27, 2007, July 12, 2007, and August 15, 2007 are attached hereto as Exhibit A and made a

22   part hereof.

23                                          X.

24       Defendants have failed, refused or neglected to allow the audit as requested or inspection of

25   their books, records, papers, or reports in accordance with the provisions of the Trust Agreement.

26   As a result of Defendants' refusal to submit to a full and complete audit, Plaintiffs are unable to

27   ascertain the amount of damages, if any, suffered by the Trust Fund.  Plaintiffs have no adequate

28   remedy at law, and the individual Stationary Engineers who are the participants and beneficiaries

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

COMPLAINT FOR AUDIT, BREACH OF CONTRACT, DAMAGES, AND INJUNCTION

1  of the Trust Fund, particularly the employees of Defendants, are damaged thereby and also have no

2  adequate remedy at law.

3                                          XI.

4       Plaintiffs are intended third party beneficiaries of the collective bargaining agreements, but

5  Trust Fund contribution delinquencies are excluded from the arbitration provision of said

6  agreements.

7                                          XII.

8       Plaintiffs have complied with all conditions on their part to be performed under the terms of

9  the applicable agreements.

10                                         XIII.

11      Plaintiffs are entitled to reasonable attorneys' fees, interest, liquidated damages and other

12  reasonable expenses incurred in connection with this matter due to Defendants' failure to allow the

13  audit or refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the

14  applicable collective bargaining agreements, Trust Agreement, and ERISA section 502(g)(2) (29

15  U.S.C. § 1132(g)(2).

16                            **SECOND CLAIM FOR RELIEF**
                                **(BREACH OF CONTRACT)**
17

18                                         XIV.

19      Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

20                                         XV.

21      Pursuant to the written agreements establishing the Trust Fund, Defendants have failed,

22  neglected or refused to allow Plaintiffs access to the records requested and needed to determine the

23  exact amount of fringe benefit contributions owed to the Trust Fund.  As a result, Defendants are in

24  breach of the agreements.

25

26                            **THIRD CLAIM FOR RELIEF**
                                    **(INJUNCTION)**
27                                         XXII.

28      Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 5 -
COMPLAINT FOR AUDIT, BREACH OF CONTRACT, DAMAGES, AND INJUNCTION

XXIII.

Unless enjoined by this Court, Defendants will continue to fail, neglect, or to submit to an audit of books and records and by the Trust Fund and thereby cause Plaintiffs irreparable harm for which there exists no adequate remedy at law.

**WHEREFORE**, Plaintiffs pray judgment against Defendants as follows:

1. That Defendants be compelled to forthwith submit to a full audit by auditors selected by the Trust Fund at the premises of the Defendants within jurisdiction of the applicable CBA or at the premises of the Trust Fund during business hours, at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, reports of Defendants relevant to the enforcement of the collective bargaining agreements or the Trust Agreement, including but not limited to the following:

    a.    Collective bargaining agreements, for the entire testing period, covering the employees who are reported to the Trust;

    b.    Monthly transmittals to the Trust showing the names reported for benefits;

    c.    Payroll registers or other documents which show wages paid and hours worked by month (preferably) or week;

    d.    Time cards for the most recent full quarter of the current year;

    e.    California state quarterly payroll tax returns (DE-6's);

    f.    Detailed documentation of the job classifications of employees NOT reported to the Trust;

    g.    Monthly transmittals to other Trust Funds;

    h.    Worker's compensation monthly or quarterly reports, as applicable;

    i.    Seniority lists covering the entire testing period;

    j.    1099's; and

    k.    Cash disbursement journals.

2. That Defendants be ordered to pay contributions in an amount to be determined at trial, plus interest thereon;

3. That Defendants be ordered to pay actual damages according to proof;

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

COMPLAINT FOR AUDIT, BREACH OF CONTRACT, DAMAGES, AND INJUNCTION

1      4.    That this Court issue an injunction compelling Defendants to forthwith cease their

2  refusal to submit to an audit of their books, records, papers and reports as required by the

3  agreements to which they are bound;

4      5.    That upon completion of the audit, Defendants be decreed to pay over to Plaintiffs

5  such sums as shall be ascertained to be due from Defendants and interest on said sums;

6      6.    That this Court issue an Order directing and permanently enjoining Defendants to

7  timely submit to Plaintiff Trust Fund, all reports and contributions due and owing by Defendants

8  plus interest, liquidated damages, attorneys' fees, and costs as provided in ERISA sections

9  502(a)(3) and (g)(2) (29 U.S.C. § 1132(a)(3), (g)(2);

10     7.    That this Court issue an Order permanently enjoining Defendants for so long as they

11  remain obligated to contribute to Plaintiffs Trust Fund, from failing, neglecting, or refusing to

12  timely submit required monthly contributions reports and payments as required by the terms of the

13  collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2), (29

14  U.S.C. § 1132(a)(3), (g)(2));

15     8.    That Defendants be ordered to pay attorney's fees;

16     9.    That Defendants be ordered to pay costs of suit herein;

17     10.   That this Court grant such further relief as this Court deems just and proper; and

18     11.   That this Court retain jurisdiction of this matter to enforce the Order compelling an

19  Audit and payment of all amount found due and owing.

20  Dated: June 27, 2008

21                              WEINBERG, ROGER & ROSENFELD
                                A Professional Corporation

22

23              By: *Linda Baldwin Jones*
                                LINDA BALDWIN JONES
24                              ANDREA LAIACONA
                                Attorneys for Plaintiffs

25  118159/485049

26

27

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 7 -

COMPLAINT FOR AUDIT, BREACH OF CONTRACT, DAMAGES, AND INJUNCTION

# LINDQUIST LLP
### Certified Public Accountants

January 18, 2007

Ms. Pricilla Adams
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, NH

Re:     Stationary Engineers Local 39 Trust Funds – Payroll Compliance Testing
        Employer Number:  00002-1445-001

Dear Ms. Adams:

We are writing to inform you that we had two different auditors go through the documentation you sent to our office and there are still some items missing that we will need in order to complete our audit.

Please send the following documentation to our office by no later than February 1, 2007 so that we may complete the testing in a timely manner:

1.  Transmittals (monthly contribution reports) to the Trust for the following periods:

    November 2004 through June 2006

2.  Payroll registers or other documents which show wages paid/worked and hours paid/worked by month (preferably) or week for the following periods:

    November 2004 through June 2006

3.  Detailed job classification documentation for employees who are not reported to the Trust (i.e. workers compensation reports, screen shot of job title or job description from human resource database, organization chart, phone lists including title, signed job applications, business cards, etc.) for the periods of:

    November 1, 2004 through June 2006

4.  Cash Disbursement Journals including date, payee, and check number amount for the periods of November 1, 2004 through June 2006 (this information usually comes from the accounts payable department and can be a check register, general ledger, accounts payable journal, etc... If this information is not available to send, a complete Vendor List is acceptable).

**EXHIBIT A**

January 18, 2007
Aquarium Operating Services
Page 2


5.  California quarterly payroll tax returns (DE-6's) including employee's name, social
    security number and gross taxable wages for the following quarters:

    November –December 2004
    2nd, 3rd, and 4th quarters of 2005
    1st and 2nd quarters of 2006

Thank you in advance for your assistance in this matter.  If you have any questions please feel
free to call me.

Yours very truly,

Wendy Stockwell

Wendy Stockwell
91271\2006\Aquarium rec req.doc

# LINDQUIST LLP

Certified Public Accountants

February 2, 2007

Ms. Pricilla Adams
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, NH

Re:    Stationary Engineers Local 39 Trust Funds – Payroll Compliance Testing
         Employer Number:  00002-1445-001

Dear Ms. Adams:

We are writing to inform you that we had two different auditors go through the documentation you sent to our office and there are still some items missing that we will need in order to complete our audit.

Please send the following documentation to our office by no later than February 16, 2007 so that we may complete the testing in a timely manner:

1.  Transmittals (monthly contribution reports) to the Trust for the following periods:

    November 2004 through June 2006

2.  Payroll registers or other documents which show wages paid/worked and hours paid/worked by month (preferably) or week for the following periods:

    November 2004 through June 2006

3.  Detailed job classification documentation for employees who are not reported to the Trust (i.e. workers compensation reports, screen shot of job title or job description from human resource database, organization chart, phone lists including title, signed job applications, business cards, etc.) for the periods of:

    November 1, 2004 through June 2006

4.  Cash Disbursement Journals including date, payee, and check number amount for the periods of November 1, 2004 through June 2006 (this information usually comes from the accounts payable department and can be a check register, general ledger, accounts payable journal, etc…  If this information is not available to send, a complete Vendor List is acceptable).

February 2, 2007
Aquarium Operating Services
Page 2

5.  California quarterly payroll tax returns (DE-6's) including employee's name, social
    security number and gross taxable wages for the following quarters:

    November –December 2004
    2nd, 3rd, and 4th quarters of 2005
    1st and 2nd quarters of 2006

Thank you in advance for your assistance in this matter.  If you have any questions please feel
free to call me.

Yours very truly,

Wendy Stockwell
91271\2006\Aquarium rec req.doc

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY S. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
J. FELIX DE LA TORRE
KRISTINA L. HILLMAN •••
ANDREA LAIACONA
EMILY P. RICH

LORI K. AQUINO ••
ANNE I. YEN
NICOLE M. PHILLIPS
BROOKE D. PERMAN •••
BRUCE A. HARLAND
CONCEPCION E. LOZANO-BATISTA
CAREN P. SENCER
LINELLE S. MOGADO
MANJARI CHAWLA
KRISTINA M. ZINNEN

PATRICIA M. GATES, Of Counsel
ROBERTA D. PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada

## EINBERG, ROGER & ROSENFEL

A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

March 29, 2007

*Via Facsimile and First Class Mail*

Priscilla Adams
Robert Johnson
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, NH 03032-3982

Re:    Stationary Engineers Local 39 Trust Funds
       Payroll Compliance Testing
       Employer No. 00002-1445-001

Dear Ms. Adams and Mr. Johnson:

This office represents the Stationary Engineers Local 39 Trust Funds and in that regard it has come to our attention that you have failed to submit documents necessary for the Trust Funds' audit of your books and records for the period November 1, 2004 to the present.

As a contributing employer, Aquarium Operating Services agreed to make contributions to the above referenced Trust Funds pursuant to the collective bargaining agreement and Trust Agreements. Pursuant to the Trust Agreements, the Boards of Trustees have the authority to audit the books and records of all contributing employers. Specifically, the Trust Agreements provide in pertinent part:

> The Board may require the Employers, any Signatory Association, any Individual Employer, the Union, an Employee, or any other beneficiary under the Plan to submit to it any information, data, reports, or documents reasonably relevant to an d suitable for the purposes of such administration; provided, however, that the Union shall not be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable request of the Board for any such information, data, report or documents. Upon request in writing from the Board, any Individual Employer shall permit a certified public accountant selected by the Board to enter upon the premises of such Individual Employer during business hours, at a reasonable time or times, and to examine and copy such books, records, papers or reports of such Individual Employer as may be necessary to determine whether the Individual Employer is making full and prompt payment of all sums required to be paid by him or it to the Fund.

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA 90010-1907
TEL 213.380.2344 FAX 213.381.1088

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881

March 29, 2007
Priscilla Adams
Robert Johnson
Page 2

Thus, the Trust Funds have the right to copy any books, records or papers or reports of Aquarium Operating Services necessary for the audit regardless of whether Ms. Adams believes the information the auditors are asking for is too much or whether she is too busy to deal with the audit. Moreover, referring the auditors to Mr. Johnson has further delayed the audit as he has failed to return any of the auditors' telephone calls.

Accordingly, demand is hereby made that your company submit the documents requested described in Ms. Wendy Stockwell's letters of January 8, 2007 and February 2, 2007 (attached hereto) directly to Lindquist LLP within 10 days from the date of this letter. Your failure to provide all documents requested is a breach of the Trust Agreements as well as your federal obligation to abide by the terms and conditions of the collective bargaining agreement

If the Trust Funds' auditors do not receive the requested information, it will be necessary for this office to file a civil action against Aquarium Operating Services so as to obtain an injunction to compel production of the records, together with appropriate sanctions for your failure to comply with the Trust Fund's request.

Sincerely,

Linda Baldwin Jones

LBJ/jys
opeiu 3 afl-cio(1)

Enclosures

cc:    Lindquist, LLP
       Trust Fund

1/452936

# LINDQUIST LLP
#### CERTIFIED PUBLIC ACCOUNTANTS

January 18, 2007

Ms. Pricilla Adams
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, NH

Re:     Stationary Engineers Local 39 Trust Funds – Payroll Compliance Testing
          Employer Number:  00002-1445-001

Dear Ms. Adams:

We are writing to inform you that we had two different auditors go through the documentation you sent to our office and there are still some items missing that we will need in order to complete our audit.

Please send the following documentation to our office by no later than February 1, 2007 so that we may complete the testing in a timely manner:

1.  Transmittals (monthly contribution reports) to the Trust for the following periods:

    November 2004 through June 2006

2.  Payroll registers or other documents which show wages paid/worked and hours paid/worked by month (preferably) or week for the following periods:

    November 2004 through June 2006

3.  Detailed job classification documentation for employees who are not reported to the Trust (i.e. workers compensation reports, screen shot of job title or job description from human resource database, organization chart, phone lists including title, signed job applications, business cards, etc.) for the periods of:

    November 1, 2004 through June 2006

4.  Cash Disbursement Journals including date, payee, and check number amount for the periods of November 1, 2004 through June 2006 (this information usually comes from the accounts payable department and can be a check register, general ledger, accounts payable journal, etc… If this information is not available to send, a complete Vendor List is acceptable).

January 18, 2007
Aquarium Operating Services
Page 2

5. California quarterly payroll tax returns (DE-6's) including employee's name, social
   security number and gross taxable wages for the following quarters:

   November –December 2004
   2nd, 3rd, and 4th quarters of 2005
   1st and 2nd quarters of 2006

Thank you in advance for your assistance in this matter.  If you have any questions please feel
free to call me.

Yours very truly,

Wendy Stockwell
91271\2006\Aquarium rec req.doc



February 2, 2007


Ms. Pricilla Adams
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, NH

Re:    Stationary Engineers Local 39 Trust Funds – Payroll Compliance Testing
       Employer Number:  00002-1445-001

Dear Ms. Adams:

We are writing to inform you that we had two different auditors go through the documentation
you sent to our office and there are still some items missing that we will need in order to
complete our audit.

Please send the following documentation to our office by no later than February 16, 2007 so that
we may complete the testing in a timely manner:

1.  Transmittals (monthly contribution reports) to the Trust for the following periods:

    November 2004 through June 2006

2.  Payroll registers or other documents which show wages paid/worked and hours
    paid/worked by month (preferably) or week for the following periods:

    November 2004 through June 2006

3.  Detailed job classification documentation for employees who are not reported to the Trust
    (i.e. workers compensation reports, screen shot of job title or job description from human
    resource database, organization chart, phone lists including title, signed job applications,
    business cards, etc.) for the periods of:

    November 1, 2004 through June 2006

4.  Cash Disbursement Journals including date, payee, and check number amount for the
    periods of November 1, 2004 through June 2006 (this information usually comes from
    the accounts payable department and can be a check register, general ledger, accounts
    payable journal, etc...  If this information is not available to send, a complete Vendor
    List is acceptable).

February 2, 2007
Aquarium Operating Services
Page 2

5. California quarterly payroll tax returns (DE-6's) including employee's name, social security number and gross taxable wages for the following quarters:

November –December 2004
2nd, 3rd, and 4th quarters of 2005
1st and 2nd quarters of 2006

Thank you in advance for your assistance in this matter.  If you have any questions please feel free to call me.

Yours very truly,

Wendy Stockwell
91271\2006\Aquarium rec req.doc



# LINDQUIST LLP
### CERTIFIED PUBLIC ACCOUNTANTS

June 27, 2007

Priscilla Adams
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, New Hampshire 03032

Re:    Stationary Engineers Local 39 – Payroll Compliance Testing
       Employer Number: 00002-1445-001

Dear Ms. Adams:

We are writing to request documentation necessary to complete testing of your contributions to the above-referenced Trust Funds.

Please send the following documentation to our office, attention Carol LeMaster, no later than July 11, 2007 so that we may complete the testing in a timely manner:

1.  Job classification documentation for the following employees (i.e. workers compensation reports, screen shot of job title or job description from human resource database, organization chart, phone lists including title, signed job applications, business cards, etc.):

| QUARTER | 2006-3 |
|---|---|
| Name | Social Security Number |
| O'Connor, L. | 28-36-7359 |
| Dummer, P. | 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 |
| Schielke, R. | 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 |
| Ferrini, V. | 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 |
| Harding, P. | 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 |
| Gallegos, C. | 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 |
| Glass, S. | 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 |
| Justus, J. | 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 |
| Mark, A. | 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 |
| Bell, C. | 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 |

June 27, 2007
Aquarium Operating Services
Page two

| Name | QUARTER | 2005-1 Social Security Number |
|---|---|---|
| Almodovar, A. | | 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 |
| Vanoort, R. | | 60-71-3807 |
| Black, E. | | 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 |
| Mercado Jr., F. | | 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 |
| Mares, R. | | 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 |
| Hause, T. | | 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 |
| Chilton, J. | | 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 |
| Hunter, J. | | 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 |
| Franklin, M. | | 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 |
| Amie, L. | | 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 |

2. Copies of any invoices (between November 1, 2004-September 30, 2006) including name of payee, date, check number and amount, description of purchase (supplies, services, etc...) for the following payees:

Action Engine Maching
Akers Industries, Inc.
ALCO Engineering Division
Anderson Bros. Electric, Inc.
Associated Electro-Mechanics
Atlantic Pump & Engineering
Automated Control Sys., Inc.
Base Technologies, Inc.
B&J Electric Motor Repair Co.
Boettcher Electric
Boyle Engineering Corporation
Brenner Fiedler & Associates
Capital Contractors Inc
Carter Mtn Electrical Svc, LLC
C.N. Wood & Connecticut LLC
Columbus Fan & Machine Corp.
Cordes Data Systems
CSC Corporation Service Co.

June 27, 2007
Aquarium Operating Services
Page three

> DanDel Construction Inc.
> Di Rienzo Mechanical
> Energy Strategies Corporation
> Fluid Dynamics, Inc
> David Gaipo
> Gmac Electrical Testing & Svc
> Hanover Company, The
> Hart Engineering Corp.
> Larry Johnson
> Johnny Troy's
> Karen Sircle
> Komiron Companies Inc.
> Labconco Corporation
> L.K. Goodwin Co., Inc
> The Maher Corporation
> NACD
> OMNI
> Peter J. Landi Inc.
> Precision Industries, Inc.

Thank you in advance for your assistance in this matter.  If you have any questions please feel free to call me.

Yours very truly,

*Carol M. LeMaster*

Carol M. LeMaster
G:\91271\2006\Aquarium Operating Services_records req.doc

# LINDQUIST LLP
### CERTIFIED PUBLIC ACCOUNTANTS

July 12, 2007

Priscilla Adams
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, New Hampshire 03032

Re:    Stationary Engineers Local 39 – Payroll Compliance Testing
       Employer Number: 00002-1445-001

Dear Ms. Adams:

We are writing to follow up on our letter to you, dated June 27, 2007 requesting documentation necessary to complete testing of your contributions to the above-referenced Trust Fund.

Please send the following records to our office:

1.  Job classification documentation for the following employees (i.e. workers compensation reports, screen shot of job title or job description from human resource database, organization chart, phone lists including title, signed job applications, business cards, etc.):

| QUARTER | 2006-3 |
|---|---|
| Name | Social Security Number |
| O'Connor, L. | 28-36-7359 |
| Dummer, P. | 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 |
| Schielke, R. | 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 |
| Ferrini, V. | 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 |
| Harding, P. | 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 |
| Gallegos, C. | 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 |
| Glass, S. | 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 |
| Justus, J. | 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 |
| Mark, A. | 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 |
| Bell, C. | 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 |

July 12, 2007
Aquarium Operating Services
Page two

| Name | QUARTER | 2005-1 Social Security Number |
|------|---------|-------------------------------|
| Almodovar, A. | | 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 |
| Vanoort, R. | | 60-71-3807 |
| Black, E. | | 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 |
| Mercado Jr., F. | | 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 |
| Mares, R. | | 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 |
| Hause, T. | | 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 |
| Chilton, J. | | 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 |
| Hunter, J. | | 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 |
| Franklin, M. | | 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 |
| Amie, L. | | 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 |

2. Copies of any invoices (between November 1, 2004-September 30, 2006) including name of payee, date, check number and amount, description of purchase (supplies, services, etc...) for the following payees:

> Action Engine Maching
> Akers Industries, Inc.
> ALCO Engineering Division
> Anderson Bros. Electric, Inc.
> Associated Electro-Mechanics
> Atlantic Pump & Engineering
> Automated Control Sys., Inc.
> Base Technologies, Inc.
> B&J Electric Motor Repair Co.
> Boettcher Electric
> Boyle Engineering Corporation
> Brenner Fiedler & Associates
> Capital Contractors Inc
> Carter Mtn Electrical Svc, LLC
> C.N. Wood & Connecticut LLC
> Columbus Fan & Machine Corp.
> Cordes Data Systems
> CSC Corporation Service Co.

July 12, 2007
Aquarium Operating Services
Page three

       DanDel Construction Inc.
       Di Rienzo Mechanical
       Energy Strategies Corporation
       Fluid Dynamics, Inc
       David Gaipo
       Gmac Electrical Testing & Svc
       Hanover Company, The
       Hart Engineering Corp.
       Larry Johnson
       Johnny Troy's
       Karen Sircle
       Komiron Companies Inc.
       Labconco Corporation
       L.K. Goodwin Co., Inc
       The Maher Corporation
       NACD
       OMNI
       Peter J. Landi Inc.
       Precision Industries, Inc.

If we do not receive the above-requested information by July 26, 2007 we will have no option but to refer this matter to Trust legal counsel. Thank you in advance for your cooperation in this matter. If you have any questions please feel free to call.

Yours very truly,

*Carol M. LeMaster*

Carol M. LeMaster
91271\2006\Aquarium Operating Services_2nd records req.doc

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
J. FELIX DE LA TORRE
KRISTINA L. HILLMAN •••
ANDREA LAIACONA
EMILY P. RICH

**WEINBERG, ROGER & ROSENFELD**

A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX  510.337.1023

LORI K. AQUINO ••
ANNE I. YEN
NICOLE M. PHILLIPS
BRUCE A. HARLAND
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P. SENGER
LINELLE S. MOGADO
MANJARI CHAWLA
KRISTINA M. ZINNEN
JANNAH V. MANANSALA
MANUEL A. BOIGUES ••••

PATRICIA M. GATES, Of Counsel
ROBERTA D. PERKINS, Of Counsel
JOHN PLOTZ, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada
•••• Also admitted in Illinois

August 15, 2007

Robert Johnson
Aquarium Operating Services
15 Dartmouth Drive, Suite 300
Auburn, NH  03032

Re:    Stationary Engineers Local 39 Trust Funds – Payroll Compliance Testing
   Employer Name:  Aquarium Operating Services
   Employer Number:  00002-1445-001

Dear Mr. Johnson:

This office represents the Stationary Engineers Local 39 Trust Funds and in that regard, it has
come to our attention that Aquarium Operating Services has not responded to the Trust Funds
auditors' request for additional information as per their letters of June 27, 2007 and July 12,
2007.  The testing period is November 1, 2004 through the present.

As a contributing employer, Aquarium Operating Services agreed to make contributions to the
above referenced Trust Funds pursuant to the collective bargaining agreement and Trust
Agreements.  Pursuant to the Trust Agreements, the Boards of Trustees have the authority to
audit the books and records of all contributing employers and to request any information, data,
report or documents.  Specifically, the Trust Agreements provide in pertinent part:

> The Board may require the Employers, any Signatory Association, any
> Individual Employer, the Union, an Employee, or any other beneficiary
> under the Plan to submit to it any information, data, reports, or documents
> reasonably relevant to and suitable for the purposes of such
> administration; provided, however, that the Union shall not be required to
> submit lists of membership.  The parties agree that they will use their best
> efforts to secure compliance with any reasonable request of the Board for
> any such information, data, report or documents.  Upon request in writing
> form the Board, any Individual Employer shall permit a certified public
> accountant selected by the Board to enter upon the premises of such
> Individual Employer during business hours, at a reasonable time or times,
> and to examine and copy such books, records, papers or reports of such
> Individual Employer as may be necessary to determine whether the
> Individual Employer is making full and prompt payment of all sums
> required to be paid by him or it to the Fund.

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA  90010-1907
TEL 213.380.2344 FAX 213.381.1088

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA  95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI  96813-4500
TEL 808.528.8880 FAX 808.528.8881

August 15, 2007
Robert Johnson
Page 2

Your failure to respond is a breach of the Trust Agreements as well as your federal obligation to abide by the terms and conditions of the collective bargaining agreement. Demand is hereby made that Aquarium Operating Services provide Ms. Carol LeMaster at Lindquist, LLC with the documents requested. Please send the documents by August 28, 2007.

If Aquarium Operating Services continues fail to submit the requested records, please be advised that the Funds will take appropriate legal action to enforce their rights under the Trust Agreements and ERISA.

Sincerely,

Linda Baldwin Jones

LBJ/jys
opeiu 3 afl-cio(1)

Enclosure

cc:    Trust Fund
       Lindquist, LLP

1/466349

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND

## DEFENDANTS

AOS OPERATING COMPANY, INC., a New Hampshire Corporation, formerly known as and/or doing business as AQUARION OPERATING SERVICES COMPANY; UNITED WATER RESOURCES, INC., doing business as UNITED WATER, a New Jersey Corporation

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Linda Baldwin Jones, Bar No. 178922
Andrea Laiacona, Bar No. 208742
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 2 1 USC 88 I | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [X] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | **IMMIGRATION** | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 USC Section 1132; 29 USC Section 185

Brief description of cause:
Audit, Breach of Contract, Damages and Injunction

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE
June 27, 2008

SIGNATURE OF ATTORNEY OF RECORD
*Linda Baldwin Jones*

NDC-JS44

ORIGINAL

AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT

E-filing

EMC

for the

Northern District of California

CV 08    3166

| | |
|---|---|
| See Attached | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| See Attached | ) |
| _____ | ) |
| Defendant | ) |

## Summons in a Civil Action

To: <u>See Attached</u>

*(Defendant's name)*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Linda Baldwin Jones, Bar No. 178922

Andrea Laiacona, Bar No. 208742

Weinberg, Roger & Rosenfeld

1001 Marina Village Parkway, Suite 200

Alameda, CA  94501

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

Date: JUL 0 1 2008

Deputy clerk's signature

**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION


PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in
their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION
TRUST FUND,

Plaintiffs,

     v.

AOS OPERATING COMPANY, INC., a New Hampshire Corporation, formerly known
as and/or doing business as AQUARION OPERATING SERVICES COMPANY;
UNITED WATER RESOURCES, INC., doing business as UNITED WATER, a New
Jersey Corporation,

Defendants.


To:    AOS Operating Company, Inc., a New Hampshire Corporation, formerly known
as and/or doing business as Aquarion Operating Services Company

      United Water Resources, Inc., doing business as United Water, a New Jersey
Corporation

118159/498231