| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Linda Baldwin Jones, 178922<br>WEINBERG, ROGER, & ROSENFELD<br>1001 Marina Village Parkway<br>Alameda, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>118159 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Paul Bensi, et al.

DEFENDANT:

AOS Operating Company, Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08-3166 EMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Order Setting Initial Case Management Conference & ADR Deadlines, Welcome Packet from Court, Notice of Assignment of Case to Magistrate Judge, Info Packet re Consenting to Magistrate Judge, ADR Packet, ECF Registration

2. Party Served:         United Water Resources, Inc. dba United Water, a New Jersey corporation

3. Person Served:        CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:    July 10, 2008        2:00 pm

5. Address, City and State:    2730 GATEWAY OAKS DR STE 100
                               SACRAMENTO, CA  95833

6. Manner of Service:    Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 10, 2008 at Sacramento, California.

Signature: _____

Tyler Dimaria

FF# 6666222

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CV 08 3166

See Attached )
_____ )
Plaintiff )
v. ) Civil Action No.
See Attached )
_____ )
Defendant )

**Summons in a Civil Action**

To: See Attached
_____
*(Defendant's name)*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Linda Baldwin Jones, Bar No. 178922
Andrea Laiacona, Bar No. 208742
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 0 1 2008

Richard W. Wieking
Name of clerk of court

ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND,

            Plaintiffs,

 v.

AOS OPERATING COMPANY, INC., a New Hampshire Corporation, formerly known as and/or doing business as AQUARION OPERATING SERVICES COMPANY; UNITED WATER RESOURCES, INC., doing business as UNITED WATER, a New Jersey Corporation,

            Defendants.


To: AOS Operating Company, Inc., a New Hampshire Corporation, formerly known as and/or doing business as Aquarion Operating Services Company

   United Water Resources, Inc., doing business as United Water, a New Jersey Corporation

118159/498231